920

No. 979, Misc. VANELLA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 991, Misc. BLACK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1001, Misc. LUJAN *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1002, Misc. MURRAY *v.* WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1006, Misc. HARBOLD *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1009, Misc. FLOYD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1012, Misc. WILLOUGHBY *v.* KENTUCKY. Ct. App., Ky. Certiorari denied.

No. 1014, Misc. PRESTON *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1016, Misc. JACOBS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.